*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  February 25, 2016                    D-9-16
_____

In the Matter of ATTORNEYS IN
    VIOLATION OF JUDICIARY LAW
    § 468-a.

COMMITTEE ON PROFESSIONAL                    MEMORANDUM AND ORDER
    STANDARDS,                                      ON MOTION
                    Petitioner;

DAVID MARTIN GREY,
                    Respondent.

(Attorney Registration No. 2140978)
_____


Calendar Date:  January 11, 2016

Before:  Garry, J.P., Lynch, Devine and Clark, JJ.


                        _____


        Monica A. Duffy, Committee on Professional Standards,
Albany, for petitioner.

        David Martin Grey, Los Angeles, California, respondent
pro se.


                        _____


Per Curiam.

        Respondent, who was admitted to practice by this Court in
1987, was suspended by this Court's order dated September 24,
2009 for failure to comply with the attorney registration
requirements of Judiciary Law § 468-a (65 AD3d 1447 [2009]).

        Respondent now requests reinstatement on the ground that he
has complied with the attorney registration requirements of
Judiciary Law § 468-a and the Rules of the Chief Administrator of

the Courts (see 22 NYCRR part 118).  Petitioner does not object to respondent's application.

Respondent's application is granted and he is ordered reinstated, effective immediately.

Garry, J.P., Lynch, Devine and Clark, JJ., concur.

ORDERED that respondent's application is granted; and it is further

ORDERED that respondent is reinstated as an attorney and counselor-at-law in the State of New York, effective immediately.

ENTER:

Robert D. Mayberger
Clerk of the Court